UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAN GAZZANO,<br><br>                Plaintiff,<br>     v.<br><br>STANFORD UNIVERSITY, SEIU HIGHER EDUCATION WORKERS LOCAL 2007, SERVICE EMPLOYEES INTERNATIONAL UNION, AND DOE 1 THROUGH DOE 10,<br><br>                Defendants. | Case No.: C 12-05742 PSG<br><br>**ORDER RE NOTICE OF REMOVAL**<br><br>**(Re: Docket No. 1)** |

On November 8, 2012, Defendants SEIU Higher Education Workers Local 2007 ("Local 2007") removed this case from Santa Clara Superior Court.  On February 4, 2012, Local 2007 filed a motion for judgment on the pleadings.  At the hearing for said motion, the court asked Local 2007 why the original complaint had not been filed with the notice of removal.  Local 2007 responded it would file the original complaint on the docket, but to date it has not done so.  As the original complaint is necessary for the court to resolve the pending motions in this case,

IT IS HEREBY ORDERED that Local 2007 shall file the original complaint from the Santa Clara Superior Court action no later than May 3, 2013.

Dated: May 2, 2013

                                           PAUL S. GREWAL
                                           United States Magistrate Judge